Submitted March 5, affirmed April 14, 2021

Kerry Ann O'DONNELL,
*Petitioner-Appellant,*

*v.*

Jason Lee WACKER,
*Respondent-Respondent.*

Multnomah County Circuit Court
130665951; A173380

485 P3d 311

Xiomara Y. Torres, Judge.

Kerry O'Donnell filed the brief *pro se*.

No appearance for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

In this domestic relations matter, wife appeals a supplemental judgment modifying a domestic relations judgment, challenging determinations related to custody and parenting time. But wife has not supplied us with transcripts of the relevant oral proceedings, making it impossible to perform our review function. As it was wife's responsibility to supply an adequate record, we affirm for that reason. *See State v. Y. B.*, 296 Or App 781, 785, 439 P3d 1036 (2019) (discussion of an appellant's burden to supply court with adequate record on which to perform review function).

Affirmed.